UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN JACKSON,

    Plaintiff,

v.

    Case No. 1:20-cv-844

COMMISSIONER OF SOCIAL SECURITY,

    HON. JANET T. NEFF

    Defendant.
_____/

## ORDER

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 29, 2021 (ECF No. 17), recommending that the Commissioner's decision be vacated and this matter be remanded for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). The Report and Recommendation was duly served on the parties. No objections have been filed. See 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 17) is APPROVED and ADOPTED as the Opinion of the Court, and the decision of the Commissioner of Social Security is VACATED and the matter is REMANDED.

A Judgment will be entered consistent with this Order.

Dated: December 14, 2021                                  /s/ Janet T. Neff
                                                                                JANET T. NEFF
                                                                                United States District Judge