UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN JACKSON,

    Plaintiff,

v.

COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:20-cv-844

HON. JANET T. NEFF

**ORDER**

    Before the Court is Plaintiff's Motion for Attorney Fees (ECF No. 20). On March 7, 2022, the parties filed a stipulation agreeing that Defendant shall pay the amount of attorney fees of $4,243.75 (ECF No. 25). The Magistrate Judge issued a Report and Recommendation on March 9, 2022, recommending that Plaintiff, the prevailing party in this action seeking judicial review of a decision of the Commissioner of Social Security, be awarded fees in the amount of four thousand, two hundred forty-three dollars and seventy-five cents ($4,234.75), pursuant to the Equal Access to Justice Act (EAJA) (ECF No. 27 at PageID.956). *See* 28 U.S.C. § 2412(d)(1)(A). The Report and Recommendation was duly served on the parties. No objections were filed. *See* 28 U.S.C. § 636(b)(1). The Court has reviewed the Report and Recommendation and finds it legally sound and the recommended award of fees reasonable. Therefore,

    **IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 27) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees (ECF No. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** that the "Stipulation for Allowance of Fees under the Equal Access to Justice Act" (ECF No. 25) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant shall pay an award of $4,234.75 in EAJA fees to Plaintiff.

Dated: March 30, 2022 /s/ Janet T. Neff
JANET T. NEFF
United States District Judge